**Dismissed and Memorandum Opinion filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00107-CV

**JUNE G. BARTLE, Appellant**

**V.**

**MAIN STREET ACQUISITION CORP., Appellee**

**On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. CV-0067462**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed January 9, 2013. The clerk's record was filed March 14, 2013. No reporter's record or brief was filed.

On August 22, 2013, this court issued an order stating that unless appellant submitted a brief on or before September 20, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Jamison.